UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X

HERSHY STARKY, individually and on behalf of all others similarly situated,

        Plaintiff(s),

  -against-

NETWORK RECOVERY SERVICES, INC.,

        Defendant(s).

------------------------------------------------- X

23 CV _____

**NOTICE OF REMOVAL**

TO: THE HONORABLE JUDGES OF THE
     UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF NEW YORK

    PLEASE TAKE NOTICE that the Defendant, Network Recovery Services, Inc. ("NRS"), by and through its undersigned counsel, Epstein Becker & Green, P.C., hereby removes Civil Action Index No. 035062/2022 from the Supreme Court of the State of New York, County of Rockland, to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, based upon the following:

    1.    On or about November 30, 2022, plaintiff commenced this action by filing a Complaint, in the Supreme Court of the State of New York, County of Rockland, entitled *Hershy Starky v. Network Recovery Services, Inc.*, Index No. 035062/2022. A copy of the Summons and Complaint is attached hereto as Exhibit A. On or about December 6, 2022, plaintiff filed a First Amended Complaint in the Supreme Court of the State of New York, County of Rockland, entitled *Hershy Starky v. Network Recovery Services, Inc.*, Index No. 035062/2022. Said action is now pending in that Court.

    2.    Upon information and belief, Plaintiff purported to serve the Summons and

First Amended Complaint (but not the original Complaint) through the New York Secretary of State, as statutory agent for NRS, on or about December 29, 2022. As of the date of the filing of this Notice, NRS has not received any notification from the Secretary of State of that service.

3. NRS first received notice of the First Amended Complaint on or about February 21, 2023, when plaintiff's counsel sent a copy to NRS via its counsel at Epstein Becker & Green, P.C. by email. A copy of the Summons and First Amended Complaint and Affidavit of Service that was sent to NRS on February 21, 2022 is attached as Exhibit B.

4. The papers attached as Exhibits A and B constitute all of the process and pleadings to date in this action.

5. NRS may remove this civil action to this Court on the basis that it presents a federal question. The claims in the First Amended Complaint are brought pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, thereby conferring federal jurisdiction, without regard to amount in controversy, pursuant to 28 U.S.C. § 1331, and NRS is entitled to remove pursuant to 28 U.S.C. § 1441.

6. This Notice of Removal is filed within the time provided by 28 U.S.C. § 1446(b) and the Federal Rules of Civil Procedure.

7. NRS has not yet answered or otherwise responded to the Summons, Complaint and First Amended Complaint filed in the State Court action.

8. Upon filing of this Notice of Removal, NRS will give written notice to Christofer Merritt, Esq., Stein Saks, PLLC, attorneys for plaintiff, and shall file a copy of the Notice of Removal with the Clerk of the Supreme Court of the State of New York, County of Rockland.

9. By filing this notice, NRS does not waive any defenses which may be

available to it.

  WHEREFORE, NRS respectfully removes the above-entitled action now pending in the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York.

Dated: New York, New York  
   March 3, 2023

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.

By:   /s/Lori A. Medley  
 James S. Frank  
 JFrank@ebglaw.com  
 John Houston Pope  
 JHPope@ebglaw.com  
 Lori A. Medley  
 LMedley@ebglaw.com  
 875 Third Avenue  
 New York, NY 10022  
 Telephone: 212.351.4500  
 Facsimile: 212.878.8600

Attorneys for Defendant  
*Network Recovery Services, Inc.*